

MARC J. HELD*
PHILIP M. HINES*
*ALSO ADMITTED IN NEW JERSEY

EDWARD S. MILLER
URI NAZRYAN
CARL ZAPFFE*

OF COUNSEL
JACK ANGELOU
SHERRY D. DANZIG

July 18, 2025

**Via ECF**
Honorable Lewis A. Kaplan
U.S. District Judge, Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   *Cooper v. Tisci*, 1:25-cv-04758-LAK— Consent Request to Withdraw Plaintiff's Motion to Remand and to Establish Briefing Schedule

Dear Hon. Kaplan:

I represent Plaintiff. I write, with Defendant's consent, (a) to withdraw Plaintiff's motion to remand to state court and stay all proceedings until such time as the motion was decided (dkt. 12, 14); and (b) to provide a proposed briefing schedule with respect to Defendant's motion to dismiss (dkt. 8-10) and the possible amendment of the complaint.

Plaintiff commenced this case in New York County Supreme Court on April 29, 2025, under Index No. 155564/2025. On June 5, 2025, Defendant removed the case to this Court (dkt. 1). On June 30, 2025, Defendant filed a pre-answer motion to dismiss. On July 7, 2025[1], Plaintiff filed a motion to remand to state court and stay all proceedings pending a decision on same. On July 15, 2025, prior to any opposition papers being filed and prior to the deadline for Plaintiff to amend his complaint as of right under Fed. R. Civ. P. 15(a)(1)(B), counsel for the parties conferred by video conference. In follow-up communications, Defendant provided documentation responsive to the issues raised in Plaintiff's motion and Plaintiff subsequently agreed to withdraw the motion to remand and stay, and the parties agreed to the following proposed briefing schedule:

a. Plaintiff shall file an amended complaint or his response to Defendant's motion to dismiss, by July 31, 2025; and

b. If Plaintiff responds to the motion to dismiss, Defendant shall file his reply (if any) by August 15, 2025.

The parties respectfully requests that the Court terminate Plaintiff's motion to remand and stay from the docket and so-order the above proposed briefing schedule. Thank you.

Application granted.
.
So Ordered: /s/Hon. Lewis A. Kaplan
United States District Judge
Date: 7/31/2025

---

[1] July 5, 2025 was a Saturday, so the next business day was July 7, 2025.

622 THIRD AVENUE, SUITE 600
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

4815 AVENUE N
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768

              Respectfully Submitted,

              <u>/s/ Uri Nazryan</u>
              Uri Nazryan
              *Counsel for Plaintiff*

cc:  All counsel of record *via ECF*

Case 1:25-cv-04758-LAK   Document 16   Filed 07/18/25   Page 2 of 2