USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-25

RECEIVED
SEP - 8 2025
JUDGE KAPLAN'S CHAMBERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ X
                                                 :
PATRICK COOPER,                                  :    CASE NO. 1:25-cv-04758-LAK
                                                 :
                         Plaintiff,              :
                                                 :
        -against-                                :
                                                 :
RICCARDO TISCI,                                  :
                                                 :
                         Defendant.              :
                                                 :
------------------------------------------------ X
```

## NOTICE OF MOTION TO SEAL AND REDACT

### TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and the Declaration of Anthony B. Ullman, dated September 5, 2025 ("Ullman Dec."), and Exhibits B and C thereto, Defendant Riccardo Tisci by and through his undersigned counsel, will move, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order, pursuant to Section 6 of the United States District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions, and Judge Kaplan's Individual Rules of Practice, to permit sealing from the public docket the police and medical reports that have been submitted as Exhibits B and C, respectively, to the Ullman Declaration and permit the filing of a redacted

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/9/25

memorandum of law in support of Defendant's motion to dismiss the amended complaint that

redacts content from those Exhibits that is contained in said memorandum.

Dated: September 5, 2025
       New York, New York

**DENTONS US LLP**

By: ___/s/ *Anthony B. Ullman*___
        Anthony B. Ullman
        Louis A. Pellegrino
        Jonathan Hong
        1221 Avenue of the Americas
        New York, New York 10020-1089
        Tel: (212) 768-6700
        Fax: (212) 768-6800
        anthony.ullman@dentons.com
        louis.pellegrino@dentons.com
        jonathan.hong@dentons.com
        *Attorneys for Defendant*

2