USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

PATRICK COOPER,

Plaintiff,

-against-

25-cv-4758 (LAK)

RICCARDO TISCI,

Defendant.

------------------------------------------x

**ORDER GRANTING MOTION TO COMPEL**

LEWIS A. KAPLAN, *District Judge*.

Plaintiff having declined to oppose defendant's motion and having placed his alleged psychological and emotional injury in controversy, the Court finds that there is good cause for a Rule 35(a)(1) mental examination to determine the existence and extent of plaintiff's asserted injury.[1] Defendant's motion to compel plaintiff to submit to such an examination (Dkt 54) accordingly is granted.

Plaintiff shall submit to such an examination to be performed by Dr. Elie Aoun at Dr. Aoun's office – 90 Broad Street, Suite 1009, New York, NY 10004 – on a date and at a time that is mutually agreeable to the parties. The scope of the examination shall be limited to "the psychological and emotional distress [plaintiff] claims to have suffered from the alleged drugging/sexual assault, as well as other sources of psychological and emotional distress in [p]laintiff's life."[2]

SO ORDERED.

Dated: September 8, 2026

Lewis A. Kaplan
United States District Judge

---

1 *Schlagenhauf v. Holder*, 379 U.S. 104, 119 (1964).

2 Def.'s Mem. Law (Dkt 56) at 2.